IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ROCKERS,

    Petitioner.                   No. CIV S-06-2330 LKK DAD P

ORDER
_____/

        Petitioner, a state prisoner proceeding with counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254). Petitioner has not named a respondent although he indicates that he is confined at the California Medical Facility and that John Dovey is the "Director of Corrections." (Petition at 2.) The United States Supreme Court has held that "in habeas challenges to present physical confinement - 'core challenges' - the default rule is that the proper respondent is the warden of the facility where the prisoner is being held, not the Attorney General or some other remote supervisory official." Rumsfeld v. Padilla, 542 U.S. 426, 435 (2004). Therefore, although petitioner challenges the reversal of his parole grant, he should name as the respondent the warden of the correctional facility where he is

1  confined. Accordingly, the instant petition must be dismissed with leave to amend. See <u>Stanley</u>,
2  21 F.3d at 360.

3        In accordance with the above, IT IS HEREBY ORDERED that:

4        1. Petitioner's petition for writ of habeas corpus is dismissed with leave to file an
5  amended petition within thirty days from the date of this order; and

6        2. The amended petition must name a proper respondent and must substantially
7  follow the form appended to the Rules Governing Section 2254 Cases. It must bear the case
8  number assigned to this action and must bear the title "Amended Petition."
9  DATED: October 25, 2006.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
rock2330.122