IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ROCKERS,

    Petitioner,                      No. CIV S-06-2330 LKK DAD P

    vs.

TERESA A. SCHWARTZ,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner, a state prisoner at the California Medical Facility and proceeding with counsel, has filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        In 1985, petitioner was convicted of murder in the second degree by the Orange County Superior Court, having pled guilty to the charge. In this action, petitioner challenges Governor Gray Davis' September 5, 2003 reversal of the Board of Prison Terms' April 10, 2003 finding that petitioner is suitable for parole.

        Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's amended habeas petition.

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent shall file and serve a response to petitioner's amended petition within thirty days after this order is served. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any transcripts and other documents relevant to the issues presented in the amended petition. See Rule 5, Fed. R. Governing § 2254 Cases.

2. If the response to petitioner's amended petition is a motion, the motion shall be noticed and briefed in accordance with Local Rule 78-230(b), (c) and (d).

3. If the response to petitioner's amended petition is an answer, petitioner's reply to the answer shall be filed and served within thirty days after the answer is served; any motion for an evidentiary hearing shall be filed and served by petitioner concurrently with his reply to the answer.

4. All motions shall be noticed for hearing before the undersigned on a regularly scheduled law and motion calendar. Parties may appear at the hearing telephonically; to arrange telephonic appearance, the party shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 no later than three days prior to the hearing.

5. The Clerk of the Court shall serve a copy of this order together with a copy of the amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: November 29, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
rock2330.100

2