1  BILL LOCKYER
   Attorney General of the State of California
2  MARY JO GRAVES
   Chief Assistant Attorney General
3  JULIE L. GARLAND
   Senior Assistant Attorney General
4  JENNIFER A. NEILL
   Supervising Deputy Attorney General
5  ROBERT C. CROSS, State Bar No. 65553
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone:  (916) 324-5376
8  Fax:  (916) 322-8288
   Email:  Robert.Cross@doj.ca.gov
9
   Attorneys for Respondent
10

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE EASTERN DISTRICT OF CALIFORNIA

13                     SACRAMENTO DIVISION

14

15  **JAMES ROCKERS,**                          2:06-cv-02330-LKK-DAD (HC)

16                         Petitioner,   **RESPONDENT'S FIRST
                                          REQUEST FOR AN**
17        v.                             **EXTENSION OF TIME NUNC
                                          PRO TUNC; AND ORDER**
18  **TERESA A. SCHWARTZ,**

19                         Respondent.

20

21          On November 30, 2006, this Court ordered a response to Petitioner's federal challenge

22  to denial of parole by the Governor.  Petitioner's response was due on December 30, 2006.  To

23  date, all necessary documents which have been requested have not arrived.

24          Respondent's counsel has contacted William Schmidt, who represents Petitioner in this

25  action.  Mr. Schmidt has graciously agreed to a thirty-day extension of time.  Due to illness of

26  counsel, this application was not presented to the court until to today's date.

27  ///

28  ///

1    Therefore, Respondent requests and extension of time up to and including January 30,

2    2007, in which to file its response to the Petition.

3    Dated:  January 4, 2007

4                                        Respectfully submitted,

5                                        BILL LOCKYER
                                         Attorney General of the State of California

6                                        MARY JO GRAVES
                                         Chief Assistant Attorney General
7
                                         JULIE L. GARLAND
8                                        Senior Assistant Attorney General

                                         JENNIFER A. NEILL
9                                        Supervising Deputy Attorney General

10
                                         */s/ Robert C. Cross*
11

12                                       ROBERT C. CROSS
                                         Deputy Attorney General
13                                       Attorneys for Respondent

14

15
     rock2330.eot.wpd
16   SA2006103469

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7               IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9                      SACRAMENTO DIVISION

10

11   **JAMES ROCKERS,**                    2:06-cv-02330-LKK-DAD (HC)

12                     Petitioner,    **ORDER GRANTING**
                                      **RESPONDENT'S FIRST**
13        **v.**                      **REQUEST FOR AN**
                                      **EXTENSION OF TIME**
14   **TERESA A. SCHWARTZ,**

15                     Respondent.

16

17        Respondent's first request for an extension of time to file and serve a response to

18   Petitioner's habeas corpus petition, was considered by this Court, and good cause appearing,

19        **IT IS HEREBY ORDERED** that, respondent has an additional 30 days, to and

20   including January 30, 2007, in which to file a response.

21   DATED: January 9, 2007.

22

23   _____

24   DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE
25   DAD:4
     rock2330.eot
26

27

28

                              Order
                               3