IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAMES ROCKERS,** | 2:06-cv-02330-LKK-DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **TERESA A. SCHWARTZ,** | |
| Respondent. | |

FOR GOOD CAUSE SHOWN, Respondent is hereby GRANTED an extension of time of thirty days, up to and including March 1, 2007, in which to file an answer to the Petition for Writ of Habeas Corpus.

DATED: February 1, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
rock2330.Reot2